UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SARAH SZYMANSKI,

                           Plaintiff,

                                                               ORDER
          v.                                                        06-CV-61A

LAURIE ENNIS, also known as Laurie E.
Madden,

                           Defendant.

---

       The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 23, 2008, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion to dismiss for failure to prosecute be granted

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion to dismiss for failure to prosecute is granted.

       The Clerk of Court shall take all steps necessary to close the case.

   SO ORDERED.

                                      s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED: August 12, 2008